**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Luis Alberto CASTILLO–OSUNA,**
**Defendant–Appellant.**

**No. 10–10347.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Theresa Cole Rassas, Assistant U.S. Attorney, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Neil Clifford Labarge, Esquire, Law Office of Neil Labarge, Phoenix, AZ, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Luis Alberto Castillo–Osuna appeals from his guilty-plea conviction and 18-month sentence for harboring an illegal alien, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Castillo–Osuna's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Castillo–Osuna with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.